Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
F: (917) 398-1487

*Attorneys for Plaintiff Serena Epstein*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA EPSTEIN, | Case No. 5:22-cv-01404-BLF |
| *Plaintiff*, | **NOTICE OF SETTLEMENT** |
| v. | |
| ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE | |
| *Defendant*. | |

1

Case No. 5:22-cv-01404-BLF

**NOTICE OF SETTLEMENT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that this Action has been settled, in its entirety and as to all parties, pending the exchange of closing documents. The parties shall file a stipulation of dismissal with prejudice upon completion of the settlement.

The parties respectfully request that all pending dates and deadlines be vacated.

Dated:   August 24, 2022                    Respectfully submitted,

                                            KUSHNIRSKY GERBER PLLC

                                            By: /s/ Andrew Gerber
                                            Andrew Gerber
                                            *Attorneys for Plaintiff Serena Epstein*